## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

WALTER H. RAMSEY, JR., as trustee of the          PLAINTIFF
Ramsey Family Revocable Trust, on behalf of
himself and all others similarly situated

v.                           NO. 4:12CV00424 JLH

CONSECO LIFE INSURANCE COMPANY                    DEFENDANT

### ORDER

The motion for admission *pro hac vice* of John M. Aerni and Adam J. Kaiser is GRANTED. Document #5.  John M. Aerni and Adam J. Kaiser are hereby admitted to appear before this Court as co-counsel for the defendant in this action.

IT IS SO ORDERED this 20th day of July, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE